Entered on Docket
August 05, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Deutsche Bank National Trust Company, as Trustee under the Pooling and Servicing Agreement
dated as of August 1, 2007, GSAMP Trust 2007-HSBC1
10-71979

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Sergio Gastelum

                              Debtor.

BK-S-09-25848-lbr

MS Motion No. 29
Date: July 21, 2010
Time: 10:30 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing
in the above-entitled Court, all appearances as noted on court record, and based upon all the
papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,360.35 | $4,081.05 |
| (March 1, 2010 - June 1, 2010) | |
| 4 Late Charge(s) at $68.02 | $272.08 |
| (March 1, 2010 - June 1, 2010) | |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Suspense Amount | ($59.80) |
| Total | $5,193.33 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $ 865.56 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2010 payment and continuing throughout and concluding on or before December 20, 2010. The Sixth final payment in the amount of $ 865.53 shall be paid on or before January 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the July 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1000 Smith Street , Las Vegas, NV 89108, and legally described as follows:

LOT 71 OF CASA LINDA UNIT 8-B, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 21 OF PLATS, PAGE 69, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

State Law, and take any action necessary to obtain complete possession thereof.


Submitted by:

WILDE & ASSOCIATES

By _____ #10235

     **GREGORY L. WILDE, ESQ.**
     Attorneys for Secured Creditor
     212 South Jones Boulevard
     Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Michael J. Dawson

By _____

Michael J. Dawson
Attorney for Debtors
515 South 3rd Street
Las Vegas, NV 89101

Nevada Bar No. _____ 944

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
_____  The court waived the requirements of LR 9021.
_____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
_____  No parties appeared or filed written objections, and the trustee is the movant.
__x__  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
__X__  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or  _____  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
__X__  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or  _____  failed to respond to the document

_____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or  _____  failed to respond to the document
_____  appeared at the hearing, waived the right to review the order
_____  matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_____  approved the form of this order          _____  disapproved the form of this order
_____  waived the right to review the order and/or  _____  failed to respond to the document

_____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor